IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 26-cv-01051-CNS-SBP | Date: October 22, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ACCREDITED SURETY AND CASUALTY COMPANY INC<br>**Plaintiff** | *Edward Hafer*<br>*Kylie Hance* |
| **v.** | |
| FOUR SEASONS CLAIMS AND RESTORATION SERVICES LLC<br>ROOFING AUTHORITY | *Robert Kitsmiller* |
| SOUTH DAYTON PROPERTY LLC<br>**Defendant** | *Ronald Hitt* |

## COURTROOM MINUTES

### ORAL ARGUMENT

Court in Session: 8:35 a.m.

Appearance of counsel.

Argument given on [41] Plaintiff's Motion to Dismiss Defendant South Dayton Property LLC's Amended Counterclaim by Ms. Hance and Mr. Hitt with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[41] Plaintiff's Motion to Dismiss Defendant South Dayton Property LLC's Amended Counterclaim is GRANTED. Claims are dismissed without prejudice. Amended counterclaim is due within 21 days via a motion for leave to amend.**

**Plaintiff is to deposit $153,079.28 in the Court's Registry by Monday October 26, 2026.**

**ORDERED: Settlement Conference with the Magistrate Judge is authorized.**

**Request for fees is denied at this time. If fees will be requested, a motion is due within 28 days.**

The Court directs parties to its practice standards.

Court in Recess: 9:03 a.m. Hearing concluded. Total time in Court: 00:28